# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

LISA MACHADO

           Plaintiff,

    v.

VATTEROTT EDUCATIONAL
CENTERS, INC., d/b/a VATTEROTT
COLLEGE, a Missouri Corporation,

           Defendant.

CASE NO. 8:05CV450

**ORDER**

THIS MATTER IS BEFORE THE COURT upon the parties' Stipulation for Dismissal with Prejudice (Filing No. 42). Upon being informed in the premises, the Court finds that the requested Order should be entered.

WHEREFORE, IT IS ORDERED the above-referenced action should be and hereby is dismissed with prejudice, with each party to pay its own costs and attorneys fees.

Dated this 29th day of August, 2006.

                                    s/Joseph F. Bataillon
                                    United States District Judge